FILED

10/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0140

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0140

_____

SUTEY OIL COMPANY, INC.,

    Plaintiff, Appellee,
    and Cross-Appellant,

    v.

MONROE'S HIGH COUNTRY TRAVEL
PLAZA, LLC, a Montana Limited Liability
Company, and MARVIN MONROE,

    Defendants and Appellants.

                        O R D E R

_____

Pursuant to Appellants' motion for an extension of time within which to file their reply and response to cross-appeal brief, and good cause appearing, ,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until December1, 2021, within which to file their reply and response to cross-appeal brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2021